KHOUZAM, Judge.
 

 We affirm in all respects Terrance Terrell Williams’ conviction and sentence for sale of cocaine within 1000 feet of a church in trial court case number 2007-CF-3818 as well as his convictions and sentences for sale of cocaine within 1000 feet of a church and sale of cannabis within 1000 feet of a church in trial court case number 2007-CF-4151. We also affirm the order imposing the public defender’s fee in trial court case number 2007-CF-3818. We note, however, that the written judgment in trial court case number 2007-CF-4151 contains an unpreserved scrivener’s error. Although it is clear that count four of the amended information charged Williams with second-degree felony sale of cannabis within 1000 feet of a church and it is equally clear that the trial court at all times treated this charge as a second-degree felony, the written judgment mistakenly lists the degree of the offense as “FI” rather than “F2.”
 

 Affirmed.
 

 ALTENBERND and WHATLEY, JJ., concur.